**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MICHAEL JASON PENDELTON, | : | No. 39 WM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| ALLEGHENY COUNTY, PA., | : | |
| | : | |
| Respondent | : | |

<u>**ORDER**</u>

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Application for Writ of Mandamus and/or Extraordinary Jurisdiction and the Application for an Immediate Hearing are **DENIED**.